JOSEPH WALKER CONSTRUCTION COMPANY, Appellant, v. THE DELAWARE AND HUDSON COMPANY, Respondent.

*Walker Construction Co.* v. *D. & H. Co.*, 179 App. Div. 469, affirmed. (Argued May 2, 1919; decided May 20, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered October 3, 1917, affirming a judgment in favor of defendant entered upon a verdict. The complaint alleged that plaintiff applied to the defendant railroad company to furnish a car to transport plaintiff's steam road roller from Beekmantown, N. Y.; that defendant furnished and placed such car and while plaintiff was engaged in moving said roller upon the property of defendant for the purpose of placing the same upon said freight car so placed, the defendant, its officers, agents and servants carelessly and negligently moved a train of cars and engine over its tracks, striking and destroying said roller. The answer of the defendant denied any negligence on its part or of its officers and agents and alleged that the damage to the steam roller of the plaintiff was caused by the negligence of the plaintiff, its agents and servants.

*John N. Carlisle* for appellant.
*Lewis E. Carr* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN, CRANE and ANDREWS, JJ.